# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY E. BURROWES, and ) | |
| KERRY J. COLEMAN, SR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-00138-CG-N |
| ) | |
| SWIFT TRANSPORTATION CO., INC., ) | |
| FRANCISCO FLORES CASTILLO, ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, STATE FARM ) | |
| INSURANCE COMPANIES; and ) | |
| SWIFT LEASING CO., INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated June 29, 2010, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the motion to remand (Doc. 25) filed by the Plaintiffs, Courtney E. Burrowes and Kerry J. Coleman, Sr., be and is hereby **GRANTED.** The Clerk is directed to take such steps as are necessary to transfer this action back to the Circuit Court of Mobile County, Alabama.

**DONE and ORDERED** this 23rd day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE